## ATTACHMENT A

I, Joseph Phelps, being first duly worn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Deportation Officer with Enforcement and Removal Operations (ERO), Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS). I have been a Deportation Officer (DO) since August 2008, and prior to that I was a U.S. Border Patrol Agent for approximately seven months. I am currently assigned to the Louisville, Kentucky, office located at 654 South 7th Street, Louisville, Kentucky 40203.

2. I am a "federal law enforcement" officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent responsible for enforcing federal criminal statutes and duly authorized to request and serve arrest and search warrants under the authority of the United States. I work extensively with other law enforcement agencies, including the Social Security Administration and Homeland Security Investigations (HSI) officers. Under Section 287(a)(1)(2) of the Immigration and Nationality Act (INA), I am designated as an "immigration officer" and am authorized to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States; and to arrest any alien in my presence who is believed to be in the United States in violation of law.

3. The information in this affidavit comes from my personal observations, my training and experience, and information obtained from other police officers and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### STATUTORY AUTHORITY

4. There is alleged a violation of 18 U.S.C. § 911, false claim to U.S. citizenship. Section 911 makes it a federal offense for an individual to falsely and willfully represent himself to be a citizen of the United States.

### SURGE STAFFING

5. Surge Staffing Corporation is a temporary staffing company that places employees in local companies. Its corporate headquarters office is located at 1110 Morse Road, Columbus Ohio 43229. Surge Staffing Solutions has a northern Kentucky location at 8075 Connector Drive, Florence, Kentucky 41042. Surge Staffing provides temporary staffing for the Radial and Winit America factories located in Walton, Kentucky

## EMPLOYMENT VERIFICATION SYSTEM

6. E-Verify is an internet-based system that compares the information from the I-9 form, Employment Eligibility Verification, to Department of Homeland Security, Social Security Administration, and Department of State records to confirm that you are authorized to work in the United States.

## PROBABLE CAUSE

7. On October 6, 2016, at the Surge Staffing location at Florence, KY, Hidalia TOMAS-Simone, a citizen of Guatemala who is unlawfully present in the United States, filled out an Employment Eligibility Verification form with Surge Staffing for employment. TOMAS-Simone identified herself as "Sarah Lee Martinez" and stated that she resided at 32 Alan Court, Apartment 320, Florence, KY, 41042. TOMAS-Simone stated she was born on December 6, 1986, and gave a social security number as XXX-XX-4810. TOMAS-Simone checked the box that she was a citizen of the United States. TOMAS-Simone signed the signature box electronically, and dated the application on October 6, 2016.

8. On October 6, 2016, Latisha Owens, an agent with Surge Staffing, filled out the employment review and verification part of the Employment Authorization Verification form (I-9). Latisha Owens wrote down the name MARTINEZ, Sarah Lee as the applicant for employment. Ms. Owens listed a Kentucky Identification Card with number G71-763-124 and an expiration date of 12/06/2019, as one form of employment authorization documentation provided. Ms. Owens also wrote down a Social Security Card with the number XXX-XX-4810 as the second employment authorization document provided by TOMAS-Simone. The Social Security Card bears the name "Sarah Lee Martinez." Photo copies of the documents were attached to the Employment Authorization Verification form.

9. On or about October 6, 2016, E-Verify was conducted on the information that TOMAS-Simone provided to Surge Staffing for lawful employment. The name Sarah Martinez with

date of birth listed as December 6, 1986, was listed as the employee's biographical information. E-Verify confirmed that a government identification card and a Social Security Card (ending in 4810) were presented for employment authorization. The return of E-Verify states that Sarah Martinez' employment is authorized as a U.S. citizen.

10. On December 7, 2017, TOMAS-Simone was encountered by ICE officers at the Winit America factory, 41 Logistics Boulevard Walton, Kentucky 41094. ICE officers had arrived at that location to retrieve TOMAS-Simone because her previously deported Guatemalan husband had just been arrested at their current residence of 135 Honeysuckle, Apartment 1, Florence Kentucky 41042. There were multiple minor children that needed to be cared for at that address. ICE officers were unaware of TOMAS-Simone's true identity because they had obtained the name "Sarah Martinez" and the Winit America employment location from her husband. Your Affiant arrived at Winit America and inquired about speaking with "Sarah Martinez" with a woman who worked in the front lobby. Winit America staff brought TOMAS-Simone to officers. The Winit America employee stated that the woman was employed with them through Surge Staffing. TOMAS identified herself as "Sarah Lee Martinez," and verified that she lived at 135 Honeysuckle, Florence, Kentucky, and that her husband was the man ICE officers had arrested. She was taken to her home at 135 Honeysuckle, Apartment 1, Florence, KY 41042, where she opened the door and allowed officers to enter her home to check on her children. Her husband was already at the location with other ICE officers. Three children were found unattended inside the apartment.

11. At the residence at 135 Honeysuckle, TOMAS-Simone told your Affiant and DO Midgett in the Spanish language that she was born in Kentucky and was taken to Guatemala as a child, which would make her a U.S. citizen. ICE officers asked TOMAS-Simone if she had a birth certificate to support her claim, to which she went to a drawer in her living room and provided a ripped portion of a Texas birth certificate and a social security card bearing the name "Sarah Lee Martinez" and social security number XXX-XX-4810. Based on your Affiant's experience and several inconsistencies with TOMAS-Simone's answers to questions regarding her family history, TOMAS-Simone appeared to be lying and could not provide parents' names that matched her own. TOMAS-Simone was told that lying about her citizenship to an immigration officer could constitute a felony. TOMAS-Simone eventually admitted that she was born in Guatemala and was unlawfully present in the United States. She then gave a full immigration interview to your Affiant and provided the name "Betania Tomas-Aguilar." TOMAS-Simone claimed that she had never been encountered by immigration officers before. Telephone records checks with the ICE Law Enforcement Support Center (LESC) proved negative based on the name and date of birth

3

provided by TOMAS-Simone. Your Affiant took TOMAS-Simone's fingerprints with ink and told her that ICE would mail her immigration court paperwork because she was being released to care for her children. Later that day, at the Boone County, KY Detention Center at 3020 Conrad Lane, Burlington, KY, 41005, TOMAS-Simone's fingerprints were scanned into the FBI's Integrated Automated Fingerprint Identification System (IAFIS), and the DHS Automated Biometric Identification System (IDENT), confirming her identity as Hidalia TOMAS-Simone, an ICE fugitive with an outstanding order of deportation.

12. On December 12, 2017, your Affiant contacted Marla Muniz, who is listed as the Bilingual Branch Supervisor at Surge Staffing. Ms. Muniz confirmed that Surge Staffing employed a "Sarah Lee Martinez" who was currently working at the Winit America factory. Ms. Muniz provided your Affiant copies of the digital Employment Eligibility Form and the identifications provided with that form for employee Sarah Lee Martinez. The social security card appears to be the same card that TOMAS-Simone had in her possession on December 7, 2017.

13. Based on the information contained herein, there is probable cause to believe that Hidalia TOMAS-Simone has committed a violation of Title 18, United States Code, Section 911, false claim to U.S. citizenship. Your affiant believes that on or about October 6, 2016, at Boone County, Kentucky, Hidalia TOMAS-Simone falsely claimed to be a U.S. citizen to Surge Staffing by falsifying her Employment Eligibility Form in order to gain employment.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Joseph Phelps, Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

Subscribed and Sworn to before me this 21st day of December, 2017.

CANDACE J. SMITH
**UNITED STATES MAGISTRATE JUDGE**